IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CT-03232-M

| | | |
|---|---|---|
| CURTIS RAY GATES, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OFFICER DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This cause is before the court on plaintiff's instant motion seeking to delay the proceedings in order to view the video evidence defendants submitted in support of their motion for summary judgment. See Mot. [D.E. 79].

For good cause shown, the court GRANTS IN PART the instant motion [D.E. 79]. The court DIRECTS defendants, through counsel, to ensure plaintiff can review this video evidence by May 27, 2023. The court further DIRECTS defendants, through counsel, to file a notice, not later than May 30, 2023, confirming that plaintiff has had the opportunity to review this video evidence. The court further ALLOWS plaintiff an extension of time until June 13, 2023, to file his response to defendants' motion for summary judgment.

SO ORDERED this 11th day of May, 2023.

Richard E Myers II
RICHARD E. MYERS II
Chief United States District Judge